IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 24, 2007

Charles R. Fulbruge III
Clerk

No. 05-60381
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

DEXTER BUFKIN

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:03-CR-12-1

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Dexter Bufkin, federal prisoner # 29726-018, challenges the denial of Otis Bufkin's claim of a legal interest in certain property subject to forfeiture in Dexter Bufkin's guilty-plea conviction for interstate travel with the intent to distribute methamphetamine. Generally, "a party may not appeal a district court's order to champion the rights of another." Rohm & Hass Texas, Inc. v. Ortiz Bros. Insulation, Inc., 32 F.3d 205, 208 (5th Cir. 1994). Under 21 U.S.C. § 853(n)(2), "[a]ny person, other than the defendant, asserting a legal interest in

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

property which has been ordered forfeited to the United States may . . . petition the court for a hearing to adjudicate the validity of his alleged interest in the property." Otis Bufkin filed such a petition. See § 853(n). Dexter Bufkin has no standing to file such a petition and has no standing to appeal the court's denial of Otis Bufkin's petition. See § 853(n); Rohm & Hass Texas, Inc., 32 F.3d at 208.

APPEAL DISMISSED.